ministratrix, against Andrew Robinson. No opinion. Motion granted, with $10 costs and disbursements. See 48 N. Y. Supp. 1103.

DRIGGS, Respondent, v. DEAN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by Marshall S. Driggs against Robert J. Dean and another. Judgment for plaintiff, and defendants appeal. Affirmed. L. E. Warren, for appellants. John Berry, for respondent.

PER CURIAM. The question on this appeal was presented to this court on the former appeal (see Driggs v. Dean, 2 App. Div. 124, 37 N. Y. Supp. 871), and decided in favor of the respondent, where it was held that, upon proof presented, the plaintiff was entitled to a verdict. For the reasons given in the prevailing opinion on the former appeal, this judgment is affirmed, with costs.

DUSSAULT, Appellant, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondents. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Olif Dussault against the president, etc., of the Delaware & Hudson Canal Company. No opinion. Judgment affirmed, with costs.

DYATT et al., Appellants, v. KIESSELBACH et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Robert Dyatt and another against Henry C. Kiesselbach and others. No opinion. Judgment unanimously affirmed, with costs.

DYKMAN, Appellant, v. KEENEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by William N. Dykman, as receiver, etc., against Seth L. Keeney and others. No opinion. Motion for reargument denied. See 47 N. Y. Supp. 352; 50 N. Y. Supp. 1126; 54 N. Y. Supp. 1.

EDINGER, Appellant, v. NORTHWESTERN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Kattie A. Edinger against The Northwestern Life Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.

EGGINTON, Appellant, v. HAWKES, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Walter Egginton against Thomas G. Hawkes. No opinion. Judgment affirmed, with costs.

ELLIOTT, Appellant, v. CARR et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Mary B. Elliott, as administratrix of George W. Elliott, deceased, against John Carr and The American Transfer Company. No opinion. Judgment unanimously affirmed, with costs.

EMPIRE STATE INS. CO. OF NEW YORK, Appellant, v. CENTRAL VERMONT R. CO. et al., Respondents. CONTINENTAL INS. CO. OF NEW YORK, Appellant, v. SAME, Respondents. LONDON ASSUR. CO. v. SAME, Respondents. LANCASHIRE INS. CO. v. SAME, Respondents. PHŒNIX ASSUR. CO. v. SAME, Respondents. SPRINGFIELD FIRE & MARINE INS. CO. v. SAME, Respondents. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Actions by the Empire State Insurance Company of New York, The Continental Insurance Company of New York, the London Insurance Company, the Lancashire Insurance Company, the Phœnix Insurance Company, and the Springfield Fire & Marine Insurance Company against the Central Vermont Railroad Company, the Ogdensburg & Lake Champlain Railroad Company, and the Ogdensburg Terminal Company. No opinion. Judgment in each case affirmed, with costs, upon the authority of Liberty Ins. Co. v. Central Vermont R. Co., 19 App. Div. 509, 46 N. Y. Supp. 576; North British & Mercantile Ins. Co. v. Central Vermont R. Co., 9 App. Div. 4, 40 N. Y. Supp. 1113.

FEJDOWSKI, Appellant, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondents. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Apolonia Fejdowski, as administratrix, against the president, etc., of the Delaware & Hudson Canal Company. No opinion. Order reversed, with costs, and motion denied. All concur, except HERRICK, J., dissenting.

In re FERRIGAN. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of Rose Ferrigan, deceased. No opinion. Motion denied upon payment of $10 costs. See 55 N. Y. Supp. 1140.

In re FISKE. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) In the matter of the application of Edwin W. Fiske for a mandamus to the board of county canvassers of Westchester county, etc. No opinion. Order reversed on argument, and proceedings remitted to the justice sitting at special term in Westchester county for a rehearing, with costs to abide the final award of costs.

FISK et al., Respondents, v. FRANK, Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Pliny Fisk and others against Aron Frank. N. Aleinikoff, for appellant. R. R. Rogers, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re FIVE BROTHERS' SHOE CORP. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) In the matter of the application for the voluntary dissolution of the Five Brothers' Shoe Corporation. No opinion. Order affirmed, with $10 costs and disbursements.

FLYNN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Ap-